HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEREMY SCHOUWEILER, a seaman,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WESTERN TOWBOAT COMPANY, a Washington corporation; and the T/V WESTERN MARINER, a vessel, Official No. 656807, along with all engines, gear, *In Rem*,<br><br>　　　　　　Defendants. | AT LAW AND IN ADMIRALTY<br><br>No. C05-0502TSZ<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANTS EXPERT RUSSELL JOHNSON'S DEPOSITION CORRECTION SHEET** |

COMES NOW Plaintiff in the above entitled forgoing cause and does herby objection to the deposition correction sheet filed by Defendant's Expert, Robert Russell Johnson, copy attached as Exhibit A. Said "correction" sheet is, in truth and fact, supplementation of and changes to substantive testimony provided by said witness, and as such, is inappropriate.

PLAINTIFF'S OBJECTION TO JOHNSON'S
DEPOSITION CORRECTION SHEET - 1
CASE NO. C05-0502TSZ

**INJURY AT SEA – SEATTLE**
4705 - 16th Avenue NE
Seattle, WA  98105
(206) 527-5555 • FAX (206) 527-0725
TOLL FREE 1-888-486-0707
www.injuryatsea.com

1  Objections filed this 9th day of July, 2007.

2

3                               INJURY AT SEA

4

5                               *S/ H.L. George Knowles*
                                H.L. George Knowles, WSBA #5243
6                               Attorney for Plaintiff Jeremy Schouweiler
                                4705 – 16th Ave. N.E.
7                               Seattle, WA  98105
                                Tel:  206.527.5555
8                               Fax:  206.527.0725
                                E-mail:  george@maritimeinjury.com
9

10

11

12

13                          **CERTIFICATE OF MAILING**

14          The undersigned certifies under
        penalty of perjury of the laws of the
15      State of Washington that, on the 9th
        day of July, 2007, the foregoing was
16      electronically filed with the Clerk of
        the Court using the CM/ECF system,
17      which will send notification of such
              filing to the following:
18
                   Tom Waller, Esq.
19             Bauer Moynihan & Johnson
                2101 4th Ave, Suite 2400
20                Seattle, WA  98121

21             _____/S Kathleen Roney_____
                  Kathleen Roney, Paralegal
22

23

24

25

**PLAINTIFF'S OBJECTION TO JOHNSON'S
DEPOSITION CORRECTION SHEET - 2
CASE NO. C05-0502TSZ**

**INJURY AT SEA – SEATTLE**
4705 - 16th Avenue NE
Seattle, WA  98105
(206) 527-5555 • FAX (206) 527-0725
TOLL FREE 1-888-486-0707
www.injuryatsea.com