# Exhibit 1

Exhibit 1
Page 1 of 3

## Deposition Correction Sheet
## Robert Russell Johnson

| Page | Deposition text | Change to |
|---|---|---|
| Pg 43 ln 2 | More so on a highway? | My response is meant to indicate that there is much more wear and tear on a barge then on a highway. |
| Pg 49 ln 23 | If the Orthopedic......... | My response is no, providing that I knew That the Orthopedic Surgeon had performed a complete physical and return to work test. Similar to those used in the towing industry at Healthforce Occupational Medicine. |
| Page 52 ln 15 | So that's a guess....... | My response is not a guess. It is a professional opinion based on over 35 years experience of transiting the waters of S.E. Alaska. |
| Page 52 ln 5 | You are guessing...... | Again, my response is not a guess but a professional opinion based on over 35 years experience transiting S.E. Alaska waters. |
| Page 52 ln 22 | Okay. Now we can...... | My response is that washing down after each load and discharge would clear the mud and debris away from the lashing pockets however the strong pressure of the fire hose would also wash the paint off a deck and the pocket. |
| Page 54 ln 5 | You are guessing..... | Again, my response is not a guess but a professional opinion based on over 35 years experience transiting S.E. Alaska waters and loading/discharging container cargo barges. |
| Page 54 ln 11 | Well, I could say..... | What I meant to answer was that I could say with certainty that it would not be any more than 10 load or discharges. And I am of the strong opinion that it would be far less. |

**Exhibit 1**
**Page 2 of 3**

Schouweiler vs. Western Towboat   6-6-2007          Robert Russell Johnson

```
                                                         Page 117
 1                    A F F I D A V I T
 2
 3      STATE OF WASHINGTON   )
                              ) ss.
 4      COUNTY OF KING        )
 5
 6           I declare under penalty of perjury that I
 7      have read my within deposition, and the same is true
 8      and accurate, save and except for changes and/or
 9      corrections, if any, as indicated by me on the
10      correction sheet.
11
12           Dated this   2nd    day of
13      July                 , 2007.
14
15
16
17
18           [signature]
             ROBERT RUSSELL JOHNSON
19
20
21
22
23
24      Susan Cannon, Court Reporter
25
```

MOBURG & ASSOCIATES  1601 Fifth Avenue, Suite 860     Seattle, WA 98101
Court Reporters              206-622-3110           Fax 206-343-2272

7cb91927-a2f7-4ca9-b2b0-4da113254f3c

**Exhibit 1**
**Page 3 of 3**