UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY SCHOUWEILER, a seaman,<br><br>                Plaintiff,<br><br>    v.<br><br>WESTERN TOWBOAT COMPANY, a Washington corporation; and the T/V WESTERN MARINER, a vessel, Official No. 656807, along with all engines, gear, *in rem*,<br><br>                Defendants. | C05-502Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion for Summary Judgment re Plaintiff's Unseaworthiness Claim, docket no. 28, is GRANTED IN PART and DENIED IN PART as follows:

The Motion is granted as to Plaintiff's claim that Defendant can be liable for the unseaworthiness of the barge BARANOF PROVIDER. Defendant was not the owner or charterer of the barge and cannot be liable for the unseaworthiness of the barge. See Coakley v. Seariver Maritime, Inc., 319 F.Supp.2d 712 (E.D. La. 2004). The Motion is denied as to that portion of the unseaworthiness claim relating to the tugboat WESTERN MARINER. There are material issues of fact that preclude summary judgment as to whether the tugboat was improperly manned or undermanned.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER 1–

1     Filed and entered this 18th day of October, 2007.

2                                                                     BRUCE RIFKIN, Clerk

3                                          By    s/ Claudia Hawney

4                                               Claudia Hawney
                                               Deputy Clerk

MINUTE ORDER   2–