UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY SCHOUWEILER,

    Plaintiff,

v.

WESTERN TOWBOAT COMPANY, a Washington corporation; and the T/V WESTERN MARINER, a vessel, Official No. 656807, along with all engines, gear, in rem,

    Defendants.

Case No. C05-502TSZ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF JEREMY SCHOUWEILER , and on behalf of DEFENDANT WESTERN TOWBOAT COMPANY in the amount of $7,578.44 as follows:

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. DEPOSITION COSTS | $5,883.39 | $1,060.20 | $4,823.19 |

Clerk allowed as taxable costs all expenses incurred for depositions used by either party at trial in lieu of live testimony or to impeach or presented in support of or in opposition to a motion filed with the court.

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. WITNESS FEES AND COSTS | $2,330.25 | 0 | $2,330.25 |

Clerk allowed all costs incurred for travel and subsistence of Mr. Miller.

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. COPY COSTS | $1,414.13 | $988.13 | $425.00 |

Copying costs for materials presented at trial will be allowed. Clerk determined that 30% of the total costs requested will considered copying for use at trial.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. SERVICE COSTS | $553.80 | $533.80 | 0 |

Miscellaneous service costs are not taxable.

Dated this ___16th___ day of JANUARY, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2